UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**ANN KELLI YOUNG**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO. 3:08cv00033-DPJ-JCS**

**ROBERTS BROADCASTING COMPANY
OF JACKSON, MS, LLC, et al.**     **DEFENDANTS**

## ORDER OF RECUSAL

This cause is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455 (2000). It has come to the Court's attention that the undersigned's former law firm represents the Defendants. Therefore, it is appropriate under the standards set forth in 28 U.S.C. § 455 that the undersigned recuse himself from this case.

It is, therefore, ORDERED, that the undersigned recuses himself from all further proceedings in this case.

**SO ORDERED AND ADJUDGED** this the 19th day of February, 2008.

           s/ *Daniel P. Jordan III*
           UNITED STATES DISTRICT JUDGE